Name _TONYA ENGELBRECHT_

Street Address _3504 IDAHOTRAIL_ – Mailing  _POB 2003_

City and County _FRAZIER PARK – KERN_

State and Zip Code _CA    93225_

Telephone Number _661-617 7129_

**FILED**

MAR 2 9 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

_TONYA ENGELBRECHT_

_____

_(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)_

-against-

_UNION BANK, BANK OF THE West,
BANK OF AMERICA, FIFTY Third,
FROST, CA BANK & TRUST, WELLS FARGO,_

_(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)_

**Complaint for a Civil Case**

Case No. _2:18-CV-0681-JAM-AC(PS)_

_(to be filled in by the Clerk's Office)_

Jury Trial:   ☐ Yes   ☑ No

_(check one)_

_CHASE, STANDARD BANK. Mid First BANK, BANK of TEXAS
IRONSTONE (NOW First citizens) WACHOVIA (WELLS FARGO?)
E&S FINANCIAL, INC. 4253 TRANSPORT ST, Ventura, CA  93003
CFPB, FDIC, LASALLE BANK, JUDICIAL SALES CORP.
AAA, BELLA VISTA REAL ESTATE HOLDINGS, KERN Co.
BOARD OF TRADE._

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                 Tonya ENGELBRECHT

Street Address       5504 IDAHO TRAIL - POB 2003

City and County      FRAZIER PARK, KERN

State and Zip Code   CA   93225

Telephone Number     (661- 617-7129

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                 SEE ATTACHED DOCUMENTS

Job or Title
(if known)

Street Address       38 Documents

City and County

State and Zip Code

Telephone Number

Defendant No. 2

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

2

Defendant No. 3

    Name                _____

    Job or Title         _____
    (if known)

    Street Address     _____

    City and County    _____

    State and Zip Code  _____

    Telephone Number   _____


Defendant No. 4

    Name                _____

    Job or Title         _____
    (if known)

    Street Address     _____

    City and County    _____

    State and Zip Code  _____

    Telephone Number   _____


## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☑  Federal question                 ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FRAUD, CONSPIRACY, OBSTUCTION OF JUSTICE,
RICO, Identity THEFT, MONEY Laundering,
THEFT

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

_____
_____
_____
_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

BANK FRAUD, FUNDS STOLEN FROM Acct.
ID THEFT, CPFB & FDIC DID NOTHING!
_____
_____
_____

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*20 million dollars, Seeking Federal Prosecution, Restitution, Accountability*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *March 24*, 20*18*

Signature of Plaintiff

Printed Name of Plaintiff    *TONYA ENGELBRECHT*

6

**Payment Details**

| Check/ACH Query | Payee Query | Payment Listing | | Payment History | Claim Details |

| | |
|---|---|
| **Payee ID:** ~~XXXXXXGA~~ | **TRACE NUMBER:** 030220180~~XXXXXX~~ |
| **Payee Name:** TONYA D ENGELBRECHT | **ALC:** 28045900 |
| **Payment Date:** 03/02/2018 | **PSC Code:** E |
| **Payment Amount:** ~~XXXXX~~ | **TAS:** 028028 X8007000 |
| **Schedule Number:** 0000180226C1D2 | **BETC:** DISB |
| **Payment Status:** PAYMENT HAS BEEN PROCESSED | |

**Payee's FI C/S DAN:** C~~XXXXXX~~ *— my acct* //

| | |
|---|---|
| **FI RTN:** | 122000496 |
| **FI Name:** | MUFG UNION BANK, N.A. |
| **FI Address:** | 9885 TOWNE CENTRE DRIVE |
| | 2-69D-1020 |
| | SAN DIEGO, CA 92121 |

*Social Security FRAUD, ID THEFT*

**FI Phone:** (800) 538-9406

**Cancellation Date:**
**Reason For Return:**                    **Orig Return Reason Code:**

*WHY SAN DIEGO?   WHY SPACES & "Mail CODE"?*
*WHY PHOENIX OFFICES?*

*INVESTIGATE ACCT*

*54210 45971*
*UNION BANK*

*CINDY ENGELBRECHT — FRAUDULENT*
*Sr. V.P. UNION BANK   ENGELBRECHT*
*Previously Submitted.*



*MULTIPLE FRAUDULENT ENGELBRECHT'S in UNION BANK See ATTACHED*

September 26, 2017

Tonya Engelbrecht I
PO BOX 2003
Frazier Park, CA 93225

RE:    Consumer Financial Protection Bureau – Case Number: 170907-2411282

Dear Ms. Engelbrecht I:

The Office of the President for Union Bank is in receipt of your Consumer Financial Protection Bureau ("CFPB") complaint. I am responding on behalf of the Office of the President and we appreciate the opportunity to review and address your concerns.

In researching your CFPB complaint and the attached supporting documentation, we were not able to truly determine your concerns. Due to this, we attempted to contact you via the telephone on September 14, 2017. Even after speaking to you over the telephone, we were still unable to determine what specific concerns you have with Union Bank.

Per the attached supporting documentation on your CFPB complaint and our telephone conversation you communicated that Union Bank was involved in fraudulent activity due to the following:

- All statements addressed "I Tonya Engelbrecht" or originating from Arizona are considered to be fraudulent
- Union Bank is involved in fraudulent activity due to:
  - Stacey-Ann Havener having accounts with Union Bank
  - College of the Canyons being associated with an auto auction which is also associated with BANKMOBILE
  - Having multiple Post Office Boxes associated with your name
- Furthermore you shared that Union Bank was responsible for other people having the same last name as you, who you felt were all connected to fraudulent activity.

As communicated to you via our telephone conversation we cannot confirm nor deny your allegations except to state the following:

- The Bank was able to confirm that current bank statements being delivered to you reflect the name you registered, "Tonya Engelbrecht I." Furthermore, as communicated, bank statements are being sent from either Phoenix, Arizona, or Tempe, Arizona, as the Bank does maintain back office operations there.

Office of the President
P.O. Box 953, Mail Code: VO3-9072
New York, NY 10108
A member of MUFG, a global financial group

Tel. 646 452 2027

*DISCONNECTED*

*WHY NY?— NO BRANCHES — IN NY*



**FDIC**
**Federal Deposit Insurance Corporation**
Division of Depositor and Consumer Protection
1100 Walnut Street, Box #11
Kansas City, MO  64106

Consumer Response Center
1-800-378-9581
Fax number 703-812-1020

August 25, 2014
Ref. No.: SCC2014F-001172-0

Ms. Tonya D. Engelbrecht
Post Office Box 1652
Studio City, CA  91604

Re:    First-Citizens Bank & Trust Company
       Raleigh, North Carolina

Dear Ms. Engelbrecht:

Thank you for contacting the FDIC's Consumer Response Center.  We have reviewed your correspondence and contacted the referenced Bank to obtain a response to your concerns.  We also have asked the Bank to provide documentation that will help us complete our review of your complaint.



**FDIC**
**Federal Deposit Insurance Corporation**
Division of Depositor and Consumer Protection
1100 Walnut Street, Box #11
Kansas City, MO  64106

Consumer Response Center
1-800-378-9581
Fax number 703-812-1020

September 7, 2017
Ref. No.: SCC2017K-002106-0

Ms. Tonya Engelbrecht
PO BOX 2003
Frazier Park, CA  93225

Re:    MUFG Union Bank, National Association
       San Francisco, CA

Dear Ms. Engelbrecht:

Thank you for contacting the Federal Deposit Insurance Corporation (FDIC).  The FDIC's mission is to ensure the stability of, and public confidence in, the nation's financial system.  To achieve this goal, the FDIC has insured deposits and promoted safe and sound banking practices since 1933.

The Dodd-Frank Wall Street Reform and Consumer Protection Act created the Consumer Financial Protection Bureau (CFPB).  Based on our review of the issues you raise in your correspondence, we believe your concerns should be referred to the CFPB for assistance.  We are forwarding your correspondence to the CFPB at the address below.

Sincerely,

*Consumer Response Center*

cc/enc:
Consumer Financial Protection Bureau
P.O. Box 2900
Clinton, IA  52733-2900
Telephone:  855-411-2372
www.consumerfinance.gov/complaint

- With regard to Stacey Ann Havener, the College of the Canyons / BANKMOBILE, the information you shared about having multiple fraudulent post office boxes, and concerns you have that people with the same last name as you are conducting fraudulent activity, the Bank cannot comment as these matters have nothing to do with your personal relationship with Union Bank nor do they have any connection with the Bank.

Ms. Engelbrecht, it is with regret that this was not the resolution you were hoping for. The Office of the President appreciated the opportunity to review and address your concerns. Should you have any questions please contact me at (323) 278-6429.

Sincerely,

DISCONNECTED

Kay Sakaue
Assistant Vice President
Office of the President
Union Bank

CC:     Consumer Financial Protection Bureau

 **Union**Bank

December 3, 2014

Tonya Engelbrecht    — *No Longer VALID*
P.O. Box ▬▬
Studio City, CA 91604

Re:  Consumer Financial Protection Bureau Case Number 141119-001967
     Claim Number 3779602

Dear Ms. Engelbrecht:

Union Bank is in receipt of the complaint you filed with the Consumer Financial Protection
Bureau (CFPB), which was received on November 24, 2014. I am responding to you on behalf
of the Office of the President. Thank you for your patience while waiting for a reply.

In summary, your complaint is regarding a claim you filed on debit card transactions you
believe are not authorized. You are dissatisfied with our denial of the claim and request that
we reexamine our decision.

At Union Bank, we strive to provide exceptional service to our customers. We regret to learn
we have not met your expectations in this regard. Your concerns are important to us, and we
appreciate the opportunity to review them. In response to this matter, the bank wishes to
explain the following:

- In your written statement regarding your claim dated September 24, 2014 (copy
  enclosed), you reported the following transactions as being unauthorized:

| Date | Amount | Merchant Name |
|------|--------|---------------|
| August 29, 2014 | $202.00 | Motormart |
| September 2, 2014 | $ 46.19 | Motormart |
| September 15, 2014 | $123.00 | EZ Shop |

  Note: On September 25, 2014, you requested this transaction to be removed
  from your claim.

- Review of your written statement indicates you believe the transactions in your claim
  were a result of a cybercrime. As you may not know, cybercrime entails criminal acts
  dealing with computers and networks or traditional crimes conducted through the
  internet. For additional details about cybercrime, please reference *www.fbi.gov/about-us/investigate/cyber*.

Office of the President/Customer Care
Mail Code VO3-019, P.O. Box 45000
San Francisco, CA 94145
A member of MUFG, a global financial group

Tel. 415 765 3808
Fax 415 784 4244

*INDICTED    USES UNION BANK*
*STACEY HAVNER*
*Sits on Kern Co. Board of Trade!*

DIANE LEE, Counsel (SBN 247222)
Bureau of Real Estate
320 West 4th Street, Suite 350
Los Angeles, California 90013

Telephone:    (213) 576-6982
(Direct)      (213) 576-6907

**FILED**

APR 2 5 2016

**BUREAU OF REAL ESTATE**
By _____

BEFORE THE BUREAU OF REAL ESTATE

STATE OF CALIFORNIA

* * *

| In the Matter of the Accusation of | ) | No. H-03010 FR |
| STACEY ANN HAVENER, | ) | A C C U S A T I O N |
| Respondent. | ) | |

*→ STACY HAVNER sits on Kern Co. Board of Trade*

**FILED**

NOV 2 7 2013

**BUREAU OF REAL ESTATE**
By _____

BEFORE THE BUREAU OF REAL ESTATE

STATE OF CALIFORNIA

* * *

| In the Matter of the Accusation of | ) | |
| MILTON LANCE HUDSON, | ) | NO. H-02790 FR |
| Respondent. | ) | |

NAME _Tonya Engelbrecht_ (P)

9561

90-4284/1222

ACCOUNT NO. _28557942_

7·16·13 DATE

PAY TO THE
ORDER OF _CASH_ | $ 600⁰⁰

_Six hundred + No/100_ _____ DOLLARS



Bakersfield Office
5201 CALIFORNIA AVE.
BAKERSFIELD, CA 93309
1-800-488-2265

**BANK OF THE WEST**

FOR _____

⑆1222428 43⑆          09561

Account:28557942 Check#:9561 Amount:$600.00 Sequence:319454195 CaptureSequence:7080090016860 Deposited
Account:70810002 Date:06/17/2013          _Deposited_

**BANK OF THE WEST**

Page 2 of 3
Re:     Ref. No.: SCC2014F-001171-0
        Tonya Engelbrecht

*Any checks or statements that the Bank has mailed or delivered to you, or holds for you,
must be promptly reviewed after you receive them. If you do not report unauthorized
transactions within thirty (30) days after the statement is mailed or made available, we
will not be liable for payment of any forged or unauthorized items shown on the
statement."*

In reviewing the checks in reference, the checks were processed at the Bank's Bakersfield Branch
located at 5201 California Avenue, Bakersfield, CA 93309.

Check #9561 was dated July 16, 2014 and was cashed on June 17, 2014. Although the date does look to
be dated "7/16/14" we are uncertain as to why the teller at the Branch did not ask the customer to correct
the date. It may be because the teller felt that it was not an issue since the customer was cashing her
own check, or felt that there had been a transposition of numbers. However, aside from the date issue,
upon receipt of the complaint, the Bank's Corporate Security Department was contacted and it is the
Bank's position that we believe that the Branch would have followed the Bank's procedures in the
handling of a counter check for cash such as proper verification of the individual making the request.

It is the Bank's practice to consult with our employees who were involved in the transaction, however,
the teller with whom Ms. Engelbrecht worked is no longer with the Bank; therefore, we were unable to
interview or verify the reasoning regarding the acceptance of check #9561 as dated July 16, 2014.
Please know, however, that check cashing procedures have been reviewed with current staff and this has
been used as a training opportunity.

With regard to check #9072 dated June 24, 2013, due to the penmanship of the information written on
the check, this could easily have been read as "6/29/13" instead.

CASH WITHDRAWAL — NOT FOR DEPOSIT !

NAME
ACCOUNT NO. 28557942

90-4284/1222

PAY TO THE ORDER OF CASH

7-76-13
DATE

$ 600

Six hundred & NO/00 — DOLLARS

Bakersfield Office
5201 CALIFORNIA AVE.
BAKERSFIELD, CA 93309
1-800-600-2265

BANK of the WEST

FOR

1:122242843 1:

09561

Account:28557942 Check#:9561 Amount:$600.00 Sequence:319454195 CaptureSequence:7080090016860 Deposited
Account:70810002 Date:06/17/2013    Deposited before check was written

---

NAME Tonya Engelbrecut

9195

ACCOUNT NO. 30235143

8-30-13
DATE

90-4284/1222

PAY TO THE ORDER OF Cash

$ 3000.00

three thread & no/100 — DOLLARS

Bakersfield Office
5201 CALIFORNIA AVE.
BAKERSFIELD, CA 93309
1-800-600-2265

BANK of the WEST

FOR

1:122242843 1:

09195

Account:30235143 Check#:9195 Amount:$3,000.00 Sequence:319467375 CaptureSequence:7080070104070 Deposited
Account:70810002 Date:08/30/2013

---

NAME Tonya Engelbrecht

9072

ACCOUNT NO. 28557942

6/29/13
DATE

90-4284/1222

PAY TO THE ORDER OF Tonya Engelbrecht /Cash    $ 300 —

three millert — DOLLARS

Bakersfield Office
5201 CALIFORNIA AVE.
BAKERSFIELD, CA 93309
1-800-600-2265

BANK of the WEST

FOR

1:122242843 1:

09072

Account:28557942 Check#:9072 Amount:$300.00 Sequence:319725725 CaptureSequence:7080080027990 Deposited
Account:70810004 Date:06/24/2013

These are cash withdrawals not
for deposit

engelbrecht bank - Google Search

Google    engelbrecht bank      🔍      Sign in

All    Maps    News    Shopping    Images    More      Settings   Tools

About 356,000 results (0.38 seconds)

*[handwritten: Teri Engelbrecht Mid First]*

**Mortgage Account Executive - Teri Engelbrecht - MidFirst Bank**
https://www.midfirst.com/teri-engelbrecht

*[handwritten: Bryan Engelbrecht Huntington National Bank]*

*[handwritten: "Indianapolis Area"]*

**Bryan Engelbrecht - Vice President, Business Banking Relationship ...**
https://www.linkedin.com/in/bryanengelbrecht
**Indianapolis, Indiana Area** - Vice President, Business Banking Relationship Manager - Huntington
National Bank
View Bryan Engelbrecht's profile on LinkedIn, the world's largest professional community. Bryan has 8
jobs listed on their profile. See the complete profile on LinkedIn and discover Bryan's connections and
jobs at similar companies.

*[handwritten: JP Engelbrecht Commerce Bank]*

**JP Engelbrecht - CEO - South Central Inc | LinkedIn**
https://www.linkedin.com/in/jpengelbrecht ▾
View JP Engelbrecht's profile on LinkedIn, the world's largest professional community. JP has 2 jobs
listed on their profile. See the complete profile on LinkedIn and discover JP'S connections and jobs at
similar companies. .... JP Engelbrecht. CEO at South Central Inc ... Well done Commerce Bank.
https://lnkd.in/evRmB9v ...

*[handwritten: David Engelbrecht Citizen's Bank]*

**Team Leadership | Citizens Bank**
https://www.citizensbankmo.com/about-us/team-leadership/ ▾
Team Leadership. Leadership is essential to getting things done, but the qualities of effective leaders
can determine the success and longevity of an organization. Board of Directors. Board of Directors. Gary
P.Kuhn-Chairman. Nadine Pruessner. David Engelbrecht. Donald Brandt. Ellen Zobrist. Rich Deppe. Craig
Willimann.

*[handwritten: Timothy Engelbrecht Sr. V.P. Regions Bank]*

**Timothy Steven Engelbrecht - Saint Louis, MO | Intelius**
https://www.intelius.com/people/Timothy-Engelbrecht/066ngp9nnhz ▾
Timothy Steven Engelbrecht's Experience. Title: Senior Vice President Company: Regions Bank Job
Details A community-focused bank with local leadership, Regions Bank currently offers full-service
commercial and retail banking from some 1,300 offices and a 1,600-ATM network across 16 states
throughout the South, ...

*[handwritten: Deutsche Bank Michael Engelbrecht]*

**Michael Engelbrecht: Executive Profile & Biography - Bloomberg**
https://www.bloomberg.com/.../person.asp?...Deutsche%252520Bank%252520Alex... ▾
Michael Engelbrecht serves as a Managing Director and Client Advisor at Deutsche Bank Alex. Brown
Inc. since October 2006. Mr. Engelbrecht has over 15 years of financial services experience in the Palm
Beach market. He served as a Vice President and Region Head for South Palm Beach and Broward
Count.

*[handwritten: Thomas Engelbrecht Bank of Eufaula]*

**Bank of Eufaula announces new leaders | News | muskogeephoenix ...**
www.muskogeephoenix.com/.../bank.../article_efcbac14-02df-548f-8c82-6882948d6... ▾
Feb 25, 2018 - The Bank of Eufaula announced Thomas W. Engelbrecht has been appointed chief
executive officer of the bank, according to a media release.

*[handwritten: Seth Engelbrecht First National Bank]*

**Seth Engelbrecht | | wcfcourier.com**
wcfcourier.com/...engelbrecht/image_694183b3-6db9-5039-999f-c7f2459a1e06.htm... ▾
Jan 10, 2016 - People in Business for Jan. 10, 2016. SETH ENGELBRECHT has joined First National
Bank as business banker in the Cedar Falls office... Facebook · Twitter · Email; Print; Save. × ...

*[handwritten: Helmut Engelbrecht CNBC Africa]*



**Deal Making In Africa with Helmut Engelbrecht - YouTube**
https://www.youtube.com/watch?v=Jhe-tjNADo4 ▾
Feb 14, 2012 - Uploaded by CNBCAfrica
(www.abndigital.com) Having sealed major deals in Mozambique, Botswana,
Rwanda and Sierra Leone ...
▶ 5:37

*[handwritten: Piet Engelbrecht Bank of America]*

**Shoprite Holdings Limited's (SRHGF) CEO Pieter Engelbrecht on Q4 ...**
https://seekingalpha.com/.../4151080-shoprite-holdings-limiteds-srhgf-ceo-pieter-enge... ▾
Feb 27, 2018 - Pieter Engelbrecht - Chief Executive Officer. Arnold Okkenburg - Deputy Regional
Manager. Marius Bosman - Chief Financial Officer. Etienne Lourens Nel - General Manager, Retail
Investments. Analysts. Victoria Lambert - Bank of America. Pieter Engelbrecht. Good morning, ladies
and gentlemen.

*[handwritten left margin vertical: DAKOTALAND FEDERAL CREDIT UNION ENGELBRECHTS ARE EVERYWHERE! BRAVO!]*

*[handwritten: MARTA ENGELBRECHT]*

Searches related to engelbrecht bank

*[handwritten: TRUE LINK FINANCIAL & Goodwill Industries]*

+You   Search   Images   Maps   Play   YouTube   News   Gmail   Documents   Calendar   More

doug brandsen first citizens                                    Sign in

Search                    About 1,570 results (0.29 seconds)

Web                       Did you mean: *douglas* brandsen first citizens

Images

Maps                      **Doug Brandsen | First Citizens Bank | Email @firstcitizens.com**
                          www.lead411.com/Doug_Brandsen_7805417.html
Videos                    **Doug Brandsen** is the ECM Manager of **First Citizens** Bank. Lead411's profile includes an
                          email address, **@firstcitizens**.com, linkedin, biography, etc.
News

Shopping                  **Doug Brandsen | LinkedIn**
                          www.linkedin.com/pub/doug-brandsen/0/886/635
More                      Raleigh-Durham, North Carolina Area - Middleware Analyst at Duke Clinical Research Institute
                          **Doug Brandsen's** Overview. Current. Middleware Consultant at Duke Clinical Research
                          Institute. Past. Systems Consultant at **First Citizens** Bank; Development ...

Bakersfield, CA           **Doug Brandsen, Assistant Vice President Systems Consultant, First ...**
Change location           www.zoominfo.com/#!search/profile/person?personId...targetid...
                          Find business contact information for **Doug Brandsen**, Assistant Vice President Systems
Show search tools         Consultant, **First Citizens** Bank and see work history, affiliations and ...

                          **Doug Brandsen - Pipl Profile**
                          pipl.com/directory/people/Doug/Brandsen
                          **doug.brandsen@firstcitizens**.com. Status Level: Newbie. Registered: ... mod_backhand
                          users ... doug.brandsen at firstcitizens. 2. Jun 7, 2002, 5:18 PM. SSL. rukl ...

                          **Doug Brandsen, First Citizens Bancshares, Inc. | Spoke**
                          www.spoke.com/info/p7feFB8/DougBrandsen
                          Dec 12, 2007 - OR. Home | People | **Doug Brandsen** ... PEOPLE AT **First Citizens**
                          Bancshares, Inc. ... Our partner can help you find public records for Doug.

                          **Doug Brandsen | NetProspex - Business contact information ...**
                          www.netprospex.com/people/Doug-Brandsen/19369150
                          Contact **Doug Brandsen**, ECM Manager at **First Citizens** Bank, part of Banking industry in
                          Raleigh, NC, as well as other sales leads and contact lists, including ...

                          **'Re: [m_b_users] Setting up NT Backhand Broadcaster' - MARC**
                          marc.info/?l=backhand-users&m=102219741229887&w=2
                          **Douglas Brandsen** Technology Development **First Citizens** Bank Raleigh, North Carolina ----
                          ------------------------------------------------------------------ This ...

                          **Mailing List Archive: mod_backhand: doug brandsen at firstcitizens**
                          www.gossamer-threads.com/lists/engine?user=197;list=backhand
                          Mailing List Archive: mod_backhand: **doug brandsen** at **firstcitizens**. **doug. brandsen** at
                          **firstcitizens**. First Post: May 23, 2002, 1:06 PM. Posts: 2 (0.0 per day) ...

                          **CICS-L archives -- July 1998 (#119)**
                          listserv.uga.edu/cgi-bin/wa?A2=ind9807&L=cics-l&P...
                          Jul 9, 1998 -- >Has anyone out there had experience with transaction volumes? > >**Douglas**
                          **Brandsen** Dbrands@ipass.net >**First Citizens** Bank >Raleigh, ...

                          **CICS-L archives -- December 1996 (#252)**
                          listserv.uga.edu/cgi-bin/wa?A2=ind9612&L=cics-l&D=1...
                          Dec 31, 1996 -- >**Doug Brandsen** >**First Citizens** Bank, Raleigh, NC. > Doug, I'm not at work
                          with my manuals, but I believe the data conversion is done on the ...

*Handwritten notes:* FDIC CASE # SCC2014F - 001720

CARDMEMBER SERVICES
PO BOX 15298
WILMINGTON, DE   19850-5298

**CHASE** 

800-436-7937
VISIT US ONLINE AT WWW.CARDMEMBERSERVICES.COM

December 26, 2006

056778

Tonya Engelbrecht
PO Box 6458
Austin TX  78762-6458

*BAR CODE*
*IDENTIES*

*CHASE THE FRAUD!*

RE:  4388576016928676

Your account change is complete.

Dear Tonya Engelbrecht,

As your credit card company, we value your business and want you to be completely satisfied with your credit card account.  This will confirm that the above-referenced account has been changed to the Chase Freedom Points Retail account you requested.  The payment history on your old account will transfer automatically to the new account.

The terms and conditions on your new account may be different from those on the old account.  These new terms, including pricing, will apply to any existing or new balances that will be transferred from the old account. Any promotional offers attached to your old account may transfer to your new account based on the terms of that promotion.  Product specific benefits attached to your old account will end.  Please carefully review the Cardmember Agreement that will be sent along with your new card(s).

When your new card(s) arrive, please remember to:

* Destroy all cards and convenience checks, along with any convenience
  checks you may receive in the near future, for the above account
  number.
* Contact any merchants that you have authorized to make automatic
  charges such as insurance, memberships, or ongoing services.  They will
  need your new credit card account number in order to bill the charges.

As a result of this account change, you will need to wait at least one billing period before requesting another account change.  If you have any questions or if we can help in any other way, please call us at the toll-free number listed above.  We are here 24 hours a day to serve your credit card needs.

Sincerely,

Gary Schmidt
Financial Service Advisor

PLT003

00379 CRD 001 005 12307 - NNNNNNNNNNNNN

**TONYA ENGELBRECHT**

Case 1:18-cv-00740-DAD-EPG    Document 1    Filed 05/29/18    Page 18 of 44

Acct #00004266841077651436
May 2, 2007
Page 7 of 10

**Statement** for account number: 4266 8410 7765 1436

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $14.97 | 05/23/07 | $0.00 | $10.00 |

Amount Enclosed  $

Make your check payable to Chase Card Services.
Now address or e-mail?  Print on back.

**CHASE**

I want to purchase optional
Payment Protector Plan*
I have read the enclosed offer
and may cancel any time.

Initials _____  Date _____

4266841077651436000010000000149753B1579

28922 8EX Z 11607 D
TONYA ENGELBRECHT
1104 TILLERY ST
AUSTIN TX 78702-3025

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000 160 28⑆  20 3 10776514363⑈

**CHASE**

| | |
|---|---|
| Opening/Closing Date: | 03/29/07 - 04/28/07 |
| Payment Due Date: | 05/23/07 |
| Minimum Payment Due: | $10.00 |

**CUSTOMER SERVICE**
In U.S.          1-800-945-2000
Español         1-888-446-3308
TDD             1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
                1-302-594-8200

**VISA ACCOUNT SUMMARY**       Account Number: 4266 8410 7765 1436

| | | | |
|---|---|---|---|
| Previous Balance | 50.00 | Total Credit Line | $4,500 |
| Purchases, Cash, Debits | +$14.97 | Available Credit | $4,485 |
| New Balance | $14.97 | Cash Access Line | $900 |
| | | Available for Cash | $900 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/creditcards

**CHASE FREEDOM REWARDS SUMMARY**

| | |
|---|---|
| Previous Month's Balance | 50.00 |
| Rewards Earned on Purchases | 50.15 |
| Rewards Redeemed this Period | 50.00 |
| Current Rewards Total | 50.15 |

Your card allows you to earn cash back faster than ever.  You will
earn 3% cash back for every $1 of eligible purchase made at gas stations, grocery
stores and fast food restaurants and 1% cash back for all other purchases.  You
can redeem your rewards for a check as soon as
you earn $50 in rewards.  For complete program details, please refer
to your Rewards Rules and Regulations.  To redeem your rewards,
go online at www.chase.com/creditcards or call us at (800) 524-3880.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 04/18 | 2469216710800056385725 | CNP*BON APPETIT 800-765-9419 CO | | $14.97 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresp. APR | Average Daily Balance | Periodic Rate | Due To Transaction Fee | Accumulated Fin Charge | FINANCE CHARGES |
|---|---|---|---|---|---|---|---|
| Purchases | V .03902% | 14.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cash advances | V .06642% | 24.24% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | | $0.00 |

**Effective Annual Percentage Rate (APR):       0.00%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

You've been issued a VIP Thank You valued up to $100 as a
special savings opportunity from Gift Services, Inc., which
is not a Chase affiliate.  Log on by 6/15/07 to get jewelry
from the Madison Collection at low cardmember rate.
Visit www.giftcard100.com/jewelry and use code: 31620

**This Statement is a Facsimile - Not an original**

X 0000001  FIS33335 D 10          000  N  Z  28  07.04.28          Page 1 of 3          05868  MA MA 28922   1171000010000299220 1

continues



SCAN THOSE ID's.

00379 CRD 001 005 12307 - NNNNNNNNNNNNN

**TONYA ENGELBRECHT**

Case 1:18-cv-00740-DAD-EPG     Document 1     Filed 05/29/18     Page 19 of 44

Acct #000042668410776514365
May 2, 2007
Page 9 of 10



# 1.99%*
1st check:
Fixed APR,
for a limited duration

or

# 6.99%*
2nd check:
Fixed APR,
until balance
is paid in full

**Use these Balance Transfer checks to take advantage of these super-low rates today.**

• Save by transferring balances from higher-APR accounts.
• Improve productivity by purchasing some new office equipment.
• Pay for inventory supplies.
• Make a tax or payroll payment.

These checks are ready to go. You can write them for any amount up to the unused portion of your credit line. Don't miss out — great rates like this don't come around every day.

*Checks must be posted to your account by the post/void date on the check(s).
"See "Important Information" section below for more details.

MKT10630



---

Must post to your account by the posting date/void date of 07-27-2007 to get the APR stated in your offer

TONYA ENGELBRECHT
1104 TILLERY ST
AUSTIN TX 78702-3025

Check Number 8915

**8915**

DATE _____    999
56-1551-441

PAY TO THE
ORDER OF _____ $ _____

**Void   Void   Void   Void   Void** DOLLARS

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through
First USA Management Services, Inc., Delaware, OH 43015

This check does not earn rewards

Date To _____    Amount $ _____

MEMO _____    SIGNATURE _____

**$209**    First USA Management Services, Delaware, OH 43015

⑈044115511⑈33710776514365⑈8915

---

Must post to your account by the posting date/void date of 07-27-2007 to get the APR stated in your offer

TONYA ENGELBRECHT
1104 TILLERY ST
AUSTIN TX 78702-3025

Check Number 8916

**8916**

DATE _____    999
56-1551-441

PAY TO THE
ORDER OF _____ $ _____

**Void   Void   Void   Void   Void** DOLLARS

THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK. ABSENCE OF THIS FEATURE WILL INDICATE A COPY

Payable through
First USA Management Services, Inc., Delaware, OH 43015

This check does not earn rewards

Date To _____    Amount $ _____

MEMO   209    SIGNATURE _____

⑈044115511⑈33710776514365⑈8916

---

**\*IMPORTANT INFORMATION:**
The use of the attached check or draft will constitute a charge against your credit account.
**Promotional APR:** When you use the two checks, you will receive a promotional 1.99% APR until the first day of your billing cycle that includes January 1, 2008. For any APR in this offer that ends after a limited duration, the APR on those transactions will adjust to the standard or default APR applicable to that transaction as determined by your Cardmember Agreement. When you use the bottom check, you will receive a promotional 6.99% APR until the balance of the check is paid in full.
**Other APRs:** The APR on all other transactions and balances on your account will remain at the applicable rate in accordance with your Cardmember Agreement.
**Transaction Fee Finance Charges:** Please see your Cardmember Agreement for any applicable transaction fees.
**Right to Decline:** If checks are part of this offer, checks that post after the void date disclosed or that are made payable to us or one of our related banks or companies will be declined. Under certain circumstances (for example, if your account is past due or over limit, or if we reasonably believe that you will be unable or unwilling to repay the balance or as described in your Cardmember Agreement), we may decline to process your transaction, in which case you will be declined.
**Payment Allocation:** We may allocate payments to balances with low APRs (including balances with introductory and promotional APRs) before applying payments to higher APR balances. This means that lower APR balances are paid before higher APR balances.
**Offer End Date:** To take advantage of an introductory or promotional rate for any promotional period stated in this offer (if applicable), the transaction from this offer must post to your account by the posting date disclosed in this offer. If your account must not be in default. Transactions that post after the posting date or if your account is in default will be charged the applicable non-promotional terms (for example, APR and transaction fee) stated in your Cardmember Agreement or any subsequent change in terms, or will be declined.
**Default:** Any introductory, promotional, or standard APRs are contingent on your complying with the terms of your account. For example, if your payment or any account or loan to us or any of our related banks or companies is not received by the date and time your payment is due, if your account is overlimit, or if a payment to us is not honored by your bank, the introductory, promotional, or standard APR offers may end and the APRs on all balances and new transactions on your account will adjust to the applicable rate and become effective as of the first day of the billing cycle in which the default occurs.
**Grace Period:** A grace period will not apply to transactions from this offer.
**Two-Cycle Billing Accounts:** If your account has two-cycle billing, as the first cycle (the "Current Cycle") you carry a Purchase balance from the previous cycle, the APR applied to such carried balance will be the Current Cycle's APR for Purchases.
**Cardmember Agreement:** For further details about terms or conditions on your account, please refer to your Cardmember Agreement.
**Other Items:** Any special benefits of this offer apply to transactions from this offer only. If you pay any disputed amounts you may lose your right to dispute them. This offer is not valid if your account has been converted to any other product type, such as to or from a "co brand" or other "rewards" account. If applicable, one or checks that are issued for your account are not valid. Checks from this offer deposited into your bank account at any bank (including any of our banks) may be subject to a delay in the availability of those funds. Checks used to access your account must be presented to us in paper form. If a check is presented to us electronically, we may not be able to access it due to certain check processing rules we must adhere to. Other offers may supersede this offer.

DSC10560

continues



Crown Banking

01    1010187733153   281   30      0 210      SAFEKEPT    Replacement Statement       028


TONYA D ENGELBRECHT
1104 TILLERY ST                          PB
AUSTIN TX 78702


Crown Banking                                              12/18/2007 thru 1/17/2008

Account number:        1010187733153
Account owner(s):      TONYA D ENGELBRECHT

Account Summary

Opening balance 12/18          $8,262.39

Deposits and other credits        328.06 +

Interest paid                      14.26 +

Checks                          1,367.98 -

Automated Checks                  176.85 -

Other withdrawals and service fees   555.92 -

Closing balance 1/17           $6,503.96

Deposits and Other Credits

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| 12/31 | 328.06 | COUNTER DEPOSIT | | 000000164811473 |
| 1/17 | 14.26 | INTEREST FROM 12/18/2007 THROUGH 01/17/2008 | | 000425000100001 |
| Total | $342.32 | | | |


Interest

| | |
|---|---|
| Number of days this statement period | 31 |
| Annual percentage yield earned | 2.26 % |
| Average interest balance | $7,534.67 |
| Interest earned this statement period | $14.26 |
| Interest paid this statement period | $14.26 |
| Interest paid this year | $14.26 |

Interest Rate Summary

| Dates | Rate % | Dates | Rate % | Dates | Rate % |
|-------|--------|-------|--------|-------|--------|
| 12/18 - 1/17 | 2.23 | | | | |


Checks

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date | |
|--------|--------|------|--------|--------|------|--------|--------|------|---|
| 0100 | 687.82 | 12/28 | 1032* | 80.16 | 1/08 | | | | 0753478400 0252031310 |
| 1002* | 600.00 | 1/16 | Total | $1,367.98 | | | | | 0250642530 |

*Indicates a break in check number sequence (checks could be listed under Automated Checks)


WACHOVIA BANK, NATIONAL ASSOCIATION ,  AIRPORT AND OAK SPRINGS            page 1 of 3

CARS BEING PROCESSED
THROUGH Martin's GARAGE, FRAZIER PARK & LEBEC
BRUCE Good
"KINGPIN" KAYVON BAKTIAR                          CongressMAN
U.S. NAVY, JASMIN BAKTIAR - "ENDORSED" by KEVIN McCarthy

Crown Banking

02   1010187733153  281  30     0 210     SAFEKEPT    Replacement Statement       028

## Automated Checks

| Number | Amount | Date | Description | | |
|--------|--------|------|-------------|---|---|
| 0098 | 48.59 | 12/18 | AUTOMATED CHECK  TEXAS GAS<br>CO. ID. 2Q73152092 071218 ARC<br>MISC 0098 | CHECK PYMT | 420073516496241 |
| 1031 | 58.04 | 1/10 | AUTOMATED CHECK  TEXAS GAS<br>CO. ID. 2Q73152092 080110 ARC<br>MISC 1031 | CHECK PYMT | 420080093347969 |
| 1033 | 70.22 | 1/14 | AUTOMATED CHECK  T-MOBILE PCS HOL CHECK PYMT<br>CO. ID. 2912159335 080114 ARC<br>MISC 1033 | | 420080150056636 |

Total        $176.85

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|------|--------|-------------|---|
| 12/31 | 325.00 | COUNTER WITHDRAWAL | 000000164811487 |
| 1/04 | 230.92 | AUTOMATED DEBIT  PROG COUNTY MUT  INS PREM<br>CO. ID. 9038799591 080104 TEL<br>MISC POL #33237808-0 | 420080032624997 |

Total        $555.92

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|-------|--------|-------|--------|-------|--------|
| 12/18 | 8,213.80 | 01/04 | 7,298.12 | 01/14 | 7,089.70 |
| 12/28 | 7,525.98 | 01/08 | 7,217.96 | 01/16 | 6,489.70 |
| 12/31 | 7,529.04 | 01/10 | 7,159.92 | 01/17 | 6,503.96 |

Got debt* - or want to do home improvements?  We can provide smart choices to help you
make your biggest asset work for you!  Call Wachovia Mortgage today at 866-416-6076 to
learn more about our products - and how to make your mortgage work for you.  Loans
originated by Wachovia Mortgage Corporation or Wachovia Mortgage, FSB are subject
to credit approval, verification and collateral evaluation.  Certain restrictions apply.
*Financing other debt with your home's equity may increase the total amount you are
required to repay.  Ask for details.  Equal Housing Lender.

Earn $25 or more with Wachovia!  With our Customer Referral Program, when you refer
someone to us, you can both earn $25!  It's that easy.  Don't your friends and family members
deserve the convenience, value, and customer satisfaction that you get with Wachovia?  Visit
a financial center or wachovia.com/referral for more details.

Crown Banking

03    1010187733153  281  30      0 210      SAFEKEPT    Replacement Statement        028

Customer Service Information

| | Phone number | Address |
|---|---|---|
| Checking & Savings Accounts,<br>Check Card & ATM Card | 800-WACHOVIA<br>800-922-4684 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>NC8502<br>P O BOX 563966 |
| TDD (For the Hearing Impaired)<br>En español para cuentas corrientes<br>y de ahorros | 800-835-7721<br>800-326-8977 | CHARLOTTE NC 28256-3966 |
| Bank By Mail (Deposits Only) | | WACHOVIA BANK, NATIONAL ASSOCIATION<br>VA3289<br>P O BOX 26090<br>RICHMOND VA  23260-6090 |
| Consumer Loan Accounts | 800-347-1131 | WACHOVIA BANK, NATIONAL ASSOCIATION<br>VA0343<br>P O BOX 13327<br>ROANOKE VA  24040-0343 |

*FRAUD P.O. BOXES*

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-WACHOVIA, 800-922-4684, or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502,
P O BOX 563966, CHARLOTTE NC 28256-3966, as soon as you can, if you think your statement or
receipt is wrong or if you need more information about a transfer on the statement or
receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement
on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

WACHOVIA BANK, NATIONAL ASSOCIATION ,  AIRPORT AND OAK SPRINGS            page 3 of 3

# ditor's Note

Africa Business Center™

## ave come to the right place

emains at the centre of the global investment stage. 2011 got off to a flying start, with the world literally converging on the

own International Convention Centre for the Mining Indaba. Mining economies, including Zimbabwe, Niger and Tanzania,

sed their potential to the rest of the world. We feature highlights from the Indaba and give more perspective in

is still golden". As we did in our previous issue, we compare the performance of some of Africa's stock markets with those

eveloped economies for the past ten years. For this, see Jonathan Kruger's piece "Hidden opportunities" on page 15 and the

clow.

### 9 Year market performance to 31 January 2011

**Derek Engelbrecht**
Lead Director: Retail and Consumer Products
Tel: +27 11 772 3567
E-mail: derek.**engelbrecht**@za.ey.com

*ISLAMIC BANKING & FINANCE!*

**Page 12**

research emphasises the importance of looking beyond the recent uprisings in Egypt and Tunisia in order to identify

true economic potential, especially in 2011 — during which more than ten countries on the continent will conduct elections,

concluded theirs in February, but everyone is keen to see what will happen in Nigeria and Zimbabwe.

g our past interview with the CEO of consumer products giant Tiger Brands, Derek **Engelbrecht**, Ernst & Young's Retail and

er Products Africa Leader, shares his insights on the opportunities and challenges of selling to Africa's billion consumers.

shed some more light on **banking** in Africa with our focus on **Islamic banking**; a fitting tribute to the recognition of Nigeria's

Bank Governor, Sanusi Lamido Sanusi, who received the honour of being named the World's Central Banker of the Year by

ker (a publication of UK-based Financial Times). The award affirmed our decision to feature the Nigerian **banking** sector in

frica previously. Add to all these a Q&A with Sugan Palance on the role of India in the future of the continent's economic

our regular "Doing Business in...", this time the focus is on Kenya, and you have a true African feast.

*HAA    BLANK*

Google    90-8105/1222                                        🔍                    Sign in

All    Maps    Shopping    Images    Videos    More              Settings    Tools

About 4 results (0.32 seconds)

90 - (8105 / 1222) =

**83.3674304419**

| Rad | | x! | ( | ) | % | AC |
|-----|-----|-----|---|---|---|-----|
| Inv | sin | ln | 7 | 8 | 9 | ÷ |
| π | cos | log | 4 | 5 | 6 | × |
| e | tan | √ | 1 | 2 | 3 | − |
| Ans | EXP | x^y | 0 | . | = | + |

More info

*Cyber Calculator*
*Figure out code for*
*Cyber underworld*
*of FRAUD.*
*I did this previously.*
*SEE COPY of*

[PDF] **AAA Auto Pay Plan for Membership - AAA.com**
https://www.calif.aaa.com/content/dam/ace/pdf/.../Checking_Account_Auto_Pay_CA.pd...
I (we) hereby authorize the and. , to initiate debit and credit entries to my (our): indicated below at the
financial institution named below ( . ), for (i) all amounts that become due by me (us) to the . , including,
without limitation. insurance premium, finance charges, installment, return payment, late payment and
other fees ( . )..

[PDF] **AAA Auto Pay Plan for Membership - AAA.com**
https://www.calif.aaa.com/.../AAA-Auto-Pay-Plan-for-Membership-Checking-Account.p...
I (we) hereby authorize the and. , to initiate debit and credit entries to my (our): indicated below at the
financial institution named below ( . ), for (i) all amounts that become due by me (us) to the . , including,
without limitation, insurance premium, installment, return payment, late payment and other fees ( . ), (ii)
all membership ...

[PDF] **Automatic Payment Plan Authorization - California's Valued Trust**
www.cvtrust.org/sites/default/files/.../Automatic_Payment_Plan_Authorization.pdf ▼
8. If CVT or my financial institution is prevented from processing a payment due to catastrophes or other
causes beyond the control of CVT or my financial institution, the payment will be processed at the
earliest opportunity when services are restored. Jim Smith. 215. 1800 Place Dr. **90-8105/1222**. Fresno,
Ca 93710.

[PDF] V O I D
ww1.aaa-calif.com/content/dam/clubs/ACMO/.../ACMO-Checking-Account-AutoPay.pd...
We must have an original signature to complete this transaction. Please keep a copy of this form for
your records. Please detach at line. AUTHORIZATION AGREEMENT FOR MEMBERSHIP DIRECT
PAYMENTS (ACH DEBITS) -- AAA Auto Pay Plan. JIM S SMITH. 215. JANE M SMITH. **90-8105/1222**.
18000 LOS PLACE ST.

In order to show you the most relevant results, we have omitted some entries very
similar to the 5 already displayed.
If you like, you can repeat the search with the omitted results included.

95814, Sacramento, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

COURT OF APPEALS

Google   17-17555   CASE #   Sign in

All   Maps   Shopping   Images   News   More   Settings   Tools

About 4,430 results (0.44 seconds)

$17 - 17\,555 =$

$-17538$

| Rad | | x! | ( | ) | % | AC |
|---|---|---|---|---|---|---|
| Inv | sin | ln | 7 | 8 | 9 | ÷ |
| π | cos | log | 4 | 5 | 6 | × |
| e | tan | √ | 1 | 2 | 3 | − |
| Ans | EXP | x^y | 0 | . | = | + |

More info

*Cyber Calculator FOR FRAUD.*

**My Hebrew Bible | Verse - Son 1:17 (17555)**
https://www.myhebrewbible.com/Verse/17555
MyHebrewBible is an online Hebrew bible for English speaking people who desire to get a better understanding of the bibles foundation.

**OSA | Optofluidic generation of Laguerre-Gaussian beams**
https://www.osapublishing.org/abstract.cfm?uri=oe-17-20-17555
by GDM Jeffries - 2009 - Cited by 3 - Related articles
Abstract. Laguerre-Gaussian (LG) beams have been extensively studied due to their unique structure, characterized by a phase singularity at the center of the beam. Common methods for generating such beams include the use of diffractive optical elements and spatial light modulators, which although offering excellent ...

**5241 E 26th Ave #8 For Rent - Anchorage, AK | Trulia**
https://www.trulia.com › Sold › AK › Anchorage › 99508 › 5241 E 26th Ave #8
5241 E 26th Ave #8, Anchorage, AK is a 3 bed, 2.5 bath, 1664 sq ft Multi-family available for rent in Anchorage, Alaska.

**17555 zip code - Narvon - BrainyZip**
www.brainyzip.com/zipcodes/17/17555.html
Zip Code: 17555. State: Pennsylvania. Population: 6854. Housing Units: 2080. Land Area: 33.2 square miles 86.1 square kilometers. Water Area: 0 square miles 0 square kilometers. City Name: Narvon. Post Office Name: Narvon. County: Lancaster. Area Code: 717. Timezone: EST. Latitude: +40.120279. Longitude: - ...

**Index of /kpl/map/17/17555 - Parent Directory**
ice.ukmmchs.ru/kpl/map/17/17555/
Index of /kpl/map/17/17555. Parent Directory · 17_17555_23448.png · 17_17555_23449.png · 17_17555_23450.png · 17_17555_23451.png · 17_17555_23452.png · 17_17555_23453.png · 17_17555_23454.png · 17_17555_23455.png · 17_17555_23456.png · 17_17555_23457.png · 17_17555_23458.png ...

**Unit #8 - 5241 E 26th Avenue, Anchorage Property Listing: MLS ...**
https://www.akhomeshow.com/.../17-17555-unit-8-5241-e-26th-avenue-anchorage-al ...
Essential Information. MLS® # 17-17555; Price $1,800; Bedrooms 3; Bathrooms 2.50; Square Footage 1,664; Acres 0.00; Year Built 2006; Type Residential Lease; Status Closed; # of Garages 2. Community Information. Address Unit #8 - 5241 E 26th Avenue; Area 40 - Seward Hwy to Boniface Pkwy; Subdivision Elija Es ...

**GNU bug report logs - #17555 - GNU Bug Tracker - GNU.org**
https://debbugs.gnu.org/db/17/17555.html
GNU bug report logs - #17555 24.4.50; 'mark-paragraph' does not allow extending the region backwards. Please note: This is a static page, with minimal formatting, updated once a day. Click here to see this page with the latest information and nicer formatting.

**Papers by Command - Volume 82 - Page 133 - Google Books Result**
https://books.google.com/books?id=uBl6AQAAIAAJ

*AUSTIN IRS — FRAUD ZIP16*
*ZIP 73301*

Google    XYZ Bank costa mesa 122281057       Sign in

All    Maps    News    Shopping    Images    More      Settings    Tools

About 7 results (0.48 seconds)

**Union Bank Branch Bank & ATM at 2701 Fairview Rd, Costa Mesa, CA**
https://blw.unionbank.com/.../Costa-Mesa/2701-Fairview-Rd-Costa-Mesa-California.ht... ▾
Find the **banking** services you need at the Union **Bank** branch at 2701 Fairview Rd, **Costa Mesa, CA**.
Missing: xyz 122281057

**Locations - Blue Gate Bank**
https://www.bankbluegate.com/locations/ ▾
611 Anton Blvd. Suite 110, **Costa Mesa**, CA 92626 714.551.5448. Branch Hours. Monday – Friday 9am
– 4pm. customerservice@bgbconnect.com. We're here to help. call 714.551.5448 to speak to a trusted
advisor. Contact us · business banking · high net worth **banking** · Link to Google map. BLUE GATE
BANK 611 Anton ...
Missing: xyz 122281057

**Blue Gate Bank: Home**
https://www.bankbluegate.com/ ▾
worth **banking**. Welcome to Blue Gate Bank. We are a new kind of business **bank**. Bold. Nimble.
Results oriented. Unapologetically client-focused. Ready to step in and help your business thrive.
Intrigued? Have a look around. Or, better yet, give us a call. Who we are. A message from our Director
of Banking ...
Missing: xyz 122281057

**Wells Fargo Bank at 301 E 17TH ST in Costa Mesa CA 92627**
https://www.wellsfargo.com/.../bank/301__E__17TH__ST_COSTA__MESA_CA_92... ▾
Get phone number, store/atm hours, services and driving directions for **COSTA MESA**.
Missing: xyz 122281057

**Bank of America Financial Center in Costa Mesa, CA | 2701 Harbor ...**
https://locators.bankofamerica.com/.../costamesa/financial-centers-costa-mesa-9911.ht... ▾
**Bank** of America's financial center and ATM located at 2701 Harbor Blvd STE C2 in **Costa Mesa**, CA is
conveniently located for the banking services you need.
Missing: xyz 122281057

[PDF] **AAA Auto Pay Plan for Membership - AAA.com**
https://www.calif.aaa.com/content/dam/ace/pdf/.../Checking_Account_Auto_Pay_CA.pd...
I (we) hereby authorize the and , to initiate debit and credit entries to my (our): indicated below at the
financial institution named below ( ), for (i) all amounts that become due by me (us) to the , including,
without limitation, insurance premium, finance charges, installment, return payment, late payment and
other fees ( ), ...

[PDF] **Automatic Payment Plan Authorization - California's Valued Trust**
https://www.cvtrust.org/sites/default/.../Automatic_Payment_Plan_Authorization.pdf ▾
1. 2. 3. 4. 5. Please attach a voided check to this form and return it with your insurance payment, or mail
to: California's Valued Trust. 520 E. Herndon Ave. Fresno, CA 93720. PRE-AUTHORIZED AUTOMATIC
PAYMENT PLAN TERMS AND CONDITIONS. 1. By submitting the Automatic Payment Authorization
Form to CVT, ...

**Images for XYZ Bank costa mesa 122281057**

◇ More images for XYZ Bank costa mesa 122281057      Report images

*In order to show you the most relevant results, we have omitted some entries very
similar to the 10 already displayed.
If you like, you can repeat the search with the omitted results included.*

**Searches related to XYZ Bank costa mesa 122281057**

blue gate bank costa mesa ca

**wells fargo bank costa mesa, ca**

bank of america costa mesa bristol

blue gate bank logo

wells fargo costa mesa harbor

bank of america 17th street costa mesa

blue gate bank assets

bank of america financial center costa mesa, ca



See photos        See outside

**Blue Gate Bank**     Website    Directions
Bank in Costa Mesa, California

**Address:** 611 Anton Blvd Suite 110, Costa Mesa, CA 92626
**Hours:** Open · Closes 4PM ▾
**Phone:** (855) 484-7003

Suggest an edit

**Questions & answers**      Ask a question
Be the first to ask a question

**Popular times**      Thursdays

👥 11 AM: Usually as busy as it gets

9a    12p    3p    6p    9p

**Reviews**     Write a review    Add a photo
Be the first to review

*Feedback*

95314, Sacramento, CA - From your internet address - Use precise location - Learn more



Google    90-8105/1222         🔍     Sign in

All   Maps   Shopping   Images   Videos   More     Settings   Tools

About 4 results (0.32 seconds)

90 - (8105 / 1222) =

**83.3674304419**

*CYBER calculator FOR FRAUD*

| Rad | | x! | ( | ) | % | AC |
|---|---|---|---|---|---|---|
| Inv | sin | ln | 7 | 8 | 9 | ÷ |
| π | cos | log | 4 | 5 | 6 | × |
| e | tan | √ | 1 | 2 | 3 | − |
| Ans | EXP | xʸ | 0 | . | = | + |

More info

[PDF] AAA Auto Pay Plan for Membership - AAA.com
https://www.calif.aaa.com/content/dam/ace/pdf/.../Checking_Account_Auto_Pay_CA.pd...
I (we) hereby authorize the and , to initiate debit and credit entries to my (our): indicated below at the financial institution named below ( ), for () all amounts that become due by me (us) to the , including, without limitation, insurance premium, finance charges, installment, return payment, late payment and

complete one Authorization Agreement for each checking account. If you would like to enroll more than three insurance policies in AAA Auto Pay, please use one Authorization Agreement for every three policies.

*ACTUAL FACT*

**Your current payment is still due on the date shown on your most recent billing statement and should be returned to us in the envelope provided.**



**Mail completed forms _with a voided check (optional)_ in the envelope provided, or return to:**

AAA/Interinsurance Exchange of the Automobile Club
P.O. Box 25006
Santa Ana, CA 92799-5006

*Important:* This form cannot be faxed or electronically mailed to us.
We must have an original signature to complete this transaction.

Please keep a copy of this form for your records.

ACH0800A.E20170503 PX4
111617

95814, Sacramento, CA • From your home... Please detach at line

Help   Send feedback   Privacy   Terms

Multiple Jewelry Stores

Same address

FRAUD ADDRESS – LOCATED IN UNION BANK MALL VALENCIA BLVD, SANTA CLARITA.

DIAMONDS – EASIEST WAY to launder money

Jewelers-Junk   269

Download the app
Or visit YP.com.

## Jewelry Repairs While-U-Wait

· Engravers
· Jewelers
· Jewelry Design & Repair
· Jewelry Cleaning

y's Gold & Jewelry

1-291-2479
Mc Bean Pkwy Santa Clarita

### Jewelers Retail
Jewelry World
Kay Jewelers 24201 Valencia Bl Santa Clarita ...... 255-6667
Santa Clarita ......
DRESS Jewelers ...... 284-5644
601 W Bend Clarita
Fast Fix Jewelry Repair Shop
DesiGning, Engraving, Wholesale
Bean Pkwy Santa Clarita ...... 291-2479
**See Display Ad This Page**
UQue 24201 Valencia Bl Wnca ...... 253-2130
rs Jewelers
4 Drakes Rd Santa Clarita ...... 252-2019

---

### Jewelry Repair
Andy's Gold & Jewelry Repair Shop
25906 Mc Bean Pkwy Santa Clarita ...... 291-2479
Fast Fix Jewelry & Watch Repair
24201 Valencia Bl Wnca ...... 288-1459
**See Display Ad This Page**
Gold Time Jewelry
26309 The Old Road Stevenson Ranch ...... 260-1159
· Judo, Karate, Kickboxing & Ju Jitsu Instruction
Steve Madden 24201 Valencia Bl Santa Clarita 753-9510
See Martial Arts Instruction

### Juices
Jamba Juice
26989 N The Old Road Stevenson Ranch ...... 673-5533
Jamba Juice Store No 437
27061 Mc Bean Pkwy Santa Clarita ...... 290-2438
Juice It Up 26917 Sierra Hwy Santa Clarita ...... 299-4442

### Junk Dealers
See Also Scrap Metals
BREAST CANCER GIV FOUNDATION
DONATE YOUR CAR
· 100% Tax Deductible
· Free Pick-Up Anywhere
· We're Available 7 Days a Week
Donating is Fast & Easy!
★ See Display Ad This Classification
1-866-404-6691
Breast Cancer Giv Foundation 866 404-6691

---

Jewelry World
26539 Bouquet Canyon Rd Saugus ...... 297-7464
Kay Jewelers 24201 Valencia Bl Santa Clarita 253-1555
Kevin Jewelers
28345 N San Fernando Rd Santa Clarita ...... 259-0071
Kevin Jewelers-Valencia
24201 W Valencia Santa Clarita ...... 260-1335
Majirca Jewelers
24201 Valencia Bl Santa Clarita ...... 255-6668
Mike's Jewelry
19333 Soledad Canyon Rd Santa Clarita ...... 250-9000
Prince Of Jewelers
24201 Valencia Bl Santa Clarita ...... 284-6398
Swarovski at Valencia
24201 Valencia Bl Santa Clarita ...... 254-3884
Time After Time
24201 Valencia Bl Santa Clarita ...... 290-2505

### Jewelers Whsle & Mfrs
International Gems & Minerals Inc
20135 Corisa Pointe Pkwy Santa Clarita ...... 367-5700

### Jewelry Buyers
See Also Pawnbrokers
A COIN EXCHANGE  818 344-9555
All About Accessories ...... 252-4222
Coins Plus 23332 Lyons Av Nwhl ...... 259-5734
**See Display Ad This Page**
Dave's Antique & Appraisal Service ...... 255-3611
Gold Buyer Depot
26111 Bouquet Canyon Rd Santa Clarita ...... 799-2500
**See Display Ad This Page**
Goldcoast Coin Exchange Inc
www.GoldCoastCoinExchange.com
26929 Ventura Bl W Hls ...... 818 704-asses

---

### FAST·FIX
JEWELRY AND
WATCH REPAIRS
America's Jewelry Repair Professionals

FAST-FIX stores provide watch repair, jewelry repair, cellular phone & eyeglass repair

www.FastFix.com

661-877-9907
24201 W Valencia Bl

### DONATE A CAR 2 CHARITY
DONATE A CAR 2 CHARITY
Donate Cars, Trucks, Boats, SUVs & RVs
· Running or Not

---

HERITAGE FOR THE BLIND
Imagine The Difference You Can Make
DONATE YOUR CAR

### Heritage for the Blind

FREE TOWING
TAX DEDUCTIBLE

Ask About A FREE 3 Day Vacation Voucher To Over 20 Destinations!!!

Get A Vision Screening Annually

Help Prevent Blindness

866-248-0761

KARS 4 KIDS

### Kars4Kids

REAL ESTATE FRAUD

**Result**

| | Type (choose to filter) |
|---|---|

1405 S. Cypress Drive
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Cook County Sheriff
Sale

5127 S. Laflin Street
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Judicial Sales Corp and Carlos E Brown
Sale

5636 W. 88th Street
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Navvarro and Intercounty Judicial Sales Corp
Sale

601 E. 32nd Street, Unit: 310
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Luck and Intercounty Judicial Sales Corp
Sale

937 Purdue Lane
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Intercounty Judicial Sales Corp and Moore
Sale

5115 S. Drexel Avenue
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Hyde and Intercounty Judicial Sales Corp
Sale

6006 W. 29th Street
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Leonard and Intercounty Judicial Sales Corp
Sale

14832 Ellis Avenue
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Brisker and Intercounty Judicial Sales Corp
Sale

6350 S. Narragansett Avenue
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Anastasia K Tzamouranis
Sale

11737 S. Sacramento Drive
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Michael Bunting, April L Bunting **(Trustee)**, Chicago Title & Trust Co and Cook County Sheriff
Sale

6118 N. Sheridan Road, Unit: 204
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Annette R Schroeder
Sale

5126 S. Aberdeen Street, Unit: 2
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Judicial Sales Corp and Regina Adams
Sale

17710 Sarah Court
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Sidney M Horton, Judicial Sales Corp and Sidney Hendrix
Sale

Google    p.o. BOX 60368, PHOENIX, AZ 85082-0368    🔍    [Sign in]

All    Maps    Shopping    Images    News    More         Settings    Tools

About 6 results (0.59 seconds)

*P.O. BOX FOR UNION BANK*



Phoenix, AZ 85082

### Edward F Delong - Phoenix, Arizona - FamilyTreeNow.com
www.familytreenow.com/records/people/delong/edward/cmtlbexmt8dixmaq0r6_6w
PO Box 41457, Phoenix, AZ 85080-1457. Current Address. PO Box 41547, Phoenix, AZ 85080-1547 (Sep 1992 - ). PO Box 60368, Phoenix, AZ 85082-0368

### Community Management LLC Community Login Page
https://www.cmgt.org/cm/myhoa_challenge.asp ▾
*Please send all payments of dues to PO BOX 60878, Phoenix, Arizona 85082. (Regardless of your community, this is the address of our payment processing ...

### Claims | Aetna Better Health of Illinois
https://www.aetnabetterhealth.com/illinois/providers/resources/claims ▾
Aetna Better Health of Illinois Claims and Resubmissions P.O. Box 66545. Phoenix, AZ 85082. Resubmitted claims should be clearly marked "Resubmission" on ...

### Homeowner Services | Community Management Associates
www.cmacommunities.com/homeowners/ ▾
PO Box 65851. Phoenix, AZ 85082-5851. Auto-Debit: You can start and stop automatic debits on line or by remitting a form. To start or stop deductions online ...

### Contact - Frontiers USA
https://www.frontiersusa.org/contact ▾
Frontiers P.O. Box 60730. Phoenix, AZ 85082-0730. By Phone: Toll Free: 1.800.462.8436. From Phoenix: 1.480.834.1500. Looking for one of our regional offices ...

### Contact :: MGC Contractors
www.mgccontractors.com/contact/ ▾
MGC CONTRACTORS, INC. Arizona. Mail: P.O. Box 61748. Phoenix, AZ 85082-1748. Shipping/Physical: 4110 E. Elwood Street Phoenix, AZ 85040.

*In order to show you the most relevant results, we have omitted some entries very similar to the 7 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

*HELLO! DECADE AFTER DECADE, FRAUD, FRAUD, FRAUD!*

Searches related to p.o. BOX 60368, PHOENIX, AZ 85082-0368

# Dear Wikipedia Readers: Thank You!

**Meet some of the awesome people who make Wikipedia.**
This 4-minute video is hosted by YouTube under its Terms of Use and Privacy Policy. If you prefer, watch on Wikimedia Commons.



We're the small non-profit that runs the #5 site on the web. Your overwhelming support let us finish our fundraiser early this year. Thank you! The donations you gave pay for the infrastructure and programs that empower the thousands of volunteers who create Wikipedia. Watch the video or click below to meet them.

**Meet Our Editors**

# BOK Financial Corporation

From Wikipedia, the free encyclopedia

**BOK Financial Corporation**, based in Tulsa, Oklahoma, is a financial services company in the West South Central States region of the United States. The corporate headquarters is located in the BOK Tower in downtown Tulsa. BOK Financial's holdings include BOKF, NA, BOSC, Inc, Cavanal Hill Investment Management and Southwest Trust Company. BOKF, NA operates seven banking divisions: Bank of Albuquerque, Bank of Arizona, Bank of Arkansas, Bank of Kansas City, Bank of Oklahoma, Bank of Texas, and Colorado State Bank and Trust. BOKF, NA has full-service banks located in eight states. BOSC, Inc., the broker/dealer subsidiary, provides brokerage services in 10 states.[4]

BOKF has a market value of approximately $3.7 billion USD as June 21, 2011. [5]

## Contents

- 1 Corporate history
  - 1.1 Foundation
  - 1.2 Expansion
- 2 Sponsorships
- 3 References
- 4 External links

*(handwritten annotations:)* FIGURE ZIP - NICE! For IRS — · INCLUDES "BANK of TEXAS" INVOLVED IN SALE of 1104 Tillery St. Austin, TX 78702

## Corporate history

### Foundation    *IRS AUSTIN, TX 73301*

BOK traces its roots to the Exchange National Bank of Tulsa, which was formed in 1910 when four men bought the remains of the failed Farmers National Bank.[6] One of the bank's major investors was Harry F. Sinclair, who became the bank's president.[7]

In 1917, Exchange National Bank of Tulsa began construction of a headquarters building in Tulsa at Third Street and Boston Avenue. In 1928, the bank constructed a 28-story tower adjacent to the initial building. The combined structure, since renamed the 320 South Boston Building, remained the tallest building in Tulsa until 1967.[8]

During the Great Depression, several Tulsa oil men—including William G. Skelly and J.A. Chapman, pumped $18 million of their own wealth into the bank to keep it afloat. As a result, it was a major player in the early 1930s oil boom. In 1933, it was reorganized as the National Bank of Tulsa (NBT).[9][10]

In 1975, NBT changed its name to Bank of Oklahoma (BOK). The following year, BOK began moving its headquarters employees into the new BOK Tower.[7]

### Expansion

Bank of Oklahoma was placed into Federal Deposit Insurance Corporation receivership in 1990, and a year later was bought by Tulsa businessman George Kaiser.[7] At the time, it was a $2 billion bank with 20 branches in Oklahoma.[11]

**BOK Financial Corporation**



BOK Tower

| | |
|---|---|
| **Type** | Public |
| **Traded as** | NASDAQ: BOKF (http://www.nasdaq.com/symbol/bokf) |
| **Industry** | Financial Services |
| **Founded** | 1910 |
| **Headquarters** | Tulsa, Oklahoma USA |
| **Key people** | George B. Kaiser, Chairman |
| **Products** | Banking |
| **Revenue** | ▲US$1.40B *(FY 2010)*[1] |
| **Net income** | ▲US$247M *(FY 2010)*[1] |
| **Total assets** | ▲US$23.9B *(FY 2010)*[2] |
| **Total equity** | ▲US$2.52B *(FY 2010)*[2] |
| **Employees** | 4,110[3] |
| **Website** | www.bokf.com (http://www.bokf.com/) |

FRAUD - Jonnie Allison - FRED Manager

**RECORDING REQUESTED BY:**
First American Title Company

Jon Lifquist, Assessor-Recorder
Kern County Official Records
DR
1/26/2016
09:56 AM

Recorded Electronically by:
865  First American Title-Santa Ana

**WHEN RECORDED MAIL DOCUMENT AND TAX STATEMENT TO:**

Jonnie & Heather Allison
PO Box 1794
Frazier Park, CA 93225

DOC #: 000216009434



000216009434

| Stat Types: 1 | Pages: 2 |
| FEES | 16.00 |
| TAXES | 207.90 |
| OTHER | .00 |
| PAID | 223.90 |

APN: 260-105-05-00-5 & 260-105-06-00
TITLE ORDER NO.: 5036058-60
ESCROW NO.: 65521-TO

## GRANT DEED

The undersigned Grantor(s) declare(s) that the **DOCUMENTARY TRANSFER TAX IS: $ 207.90 County**
XX  computed on the full value of the interest of property conveyed, or
___  computed on the full value less the value of liens or encumbrances remaining thereon at the time of sale.
___  OR transfer is EXEMPT from tax for the following reason:

Signature of declarant or agent determining tax          DPA Agent
                                                          Firm Name

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,** John Arthur Bree and Patricia Ann Bree, Trustees of the Bree Family Trust dated April 3, 2013.

**HEREBY GRANT(S) to** Jonnie  E. Allison and Heather L. Allison, husband and wife
as join tenants

All that real property situated in the Unincorporated area of Frazier Park, County of Los Angeles, Kern, State of California, described as: Complete legal description attached hereto as Exhibit "A" made hereto and apart hereof.

**Commonly Known As:** 3428  Dakota Trail, Frazier Park, CA  93225

November 30, 2015

John Arthur Bree and Patricia Ann Bree, Trustees
of the Bree Family Trust dated April 3, 2013.

By: _John Arthur Bree_
John Arthur Bree,  Trustee

By: _Patricia Ann Bree_
Patricia Ann Bree,  Trustee

A notary public  or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy or validity of that document

STATE OF CALIFORNIA  }
COUNTY OF _Los Angeles_  }

On _December 11th, 2015_ , before me, _Vivian Armanious_ , a Notary Public

personally appeared _John Arthur & Patricia Ann Bree_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     (SEAL)

VIVIAN ARMANIOUS
Commission # 1992450
Notary Public - California
Los Angeles County
My Comm. Expires Sep 28, 2016

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

FRAUD — JONNIE ALLISON FPPUD Manager

Recording Requested By!
FIRST AMERICAN TITLE COMPANY

Jon Lifquist, Assessor-Recorder
Kern County Official Records

DR
1/26/2016
09:56 AM

Recording Requested By:
E&S FINANCIAL GROUP, INC.

Recorded Electronically by:
865  First American Title-Santa Ana

DOC #: 000216009435

000216009435

| Stat Types: 1 | Pages: 16 |
|---|---|
| FEES | 58.00 |
| TAXES | .00 |
| OTHER | .00 |
| PAID | 58.00 |

And After Recording Return To:
E&S FINANCIAL GROUP,
INC.
4253 TRANSPORT ST
VENTURA, CALIFORNIA 93003
Loan Number: 4401520973

5036058-60

APNS: 260105-05 & 260105-06          [Space Above This Line For Recording Data]

# DEED OF TRUST

**MIN:** 101084811512300000                    **MERS Phone: 888-679-6377**

**DEFINITIONS**

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21.  Certain rules regarding the usage of words used in this document are also provided in Section 16.

**(A)  "Security Instrument"** means this document, which is dated    JANUARY 22, 2016          , together with all Riders to this document.
**(B)  "Borrower"** is   JONNIE E ALLISON AND HEATHER L ALLISON, HUSBAND AND WIFE AS JOINT TENANTS
BORROWER'S ADDRESS IS 3428 DAKOTA TRAIL, FRAZIER PARK, CALIFORNIA 93225.

Borrower is the trustor under this Security Instrument.
**(C)  "Lender"** is E&S FINANCIAL GROUP, INC.

Lender is a   CALIFORNIA CORPORATION                                          organized
and existing under the laws of   CALIFORNIA
Lender's address is   4253 TRANSPORT ST, VENTURA, CALIFORNIA 93003

**(D)  "Trustee"** is   FIRST AMERICAN
655 N. CENTRAL AVE, 8TH FLOOR, GLENDALE, CALIFORNIA 91203

**(E)  "MERS"** is Mortgage Electronic Registration Systems, Inc.  MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns.  **MERS is the beneficiary under this Security Instrument.**  MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI  48501-2026, tel. (888) 679-MERS.
**(F)  "Note"** means the promissory note signed by Borrower and dated  JANUARY 22, 2016          .
Borrower Initials

---

CALIFORNIA - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT - MERS
Form 3005  01/01                                    Page 1 of 14

*DocMagic eForms*
*www.docmagic.com*

# IronStone Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

*[handwritten: $13.08 / EXACT AMOUNT FOR SAME AMOUNT SEVERAL MONTHS! "KINGPIN" BAKHTIAR]*

*[handwritten: FRAUD]*

IR09

12892
**TONYA D ENGELBRECHT**
**PO BOX 6458**
**AUSTIN TX 78762-6458**

ZE
686



**Your Account(s) At A Glance**

Checking
Balance                13.08+

*[handwritten: ALSO FRAUD POB 1912]*

Statement Period: December 12, 2006    Thru January 10, 2007          Account Number:     009160047642



## Free Checking
Account Number:   009160047642                                      Enclosures In Statement:  0

| | | | |
|---|---|---|---|
| **Beginning Balance** | **13.08+** | **Statement Period Days** | **30** |
| 0  Deposits | 0.00 | Average Ledger Balance | 13.00+ |
| 0  Other Credits | 0.00 | | |
| 0  Checks | 0.00 | | |
| 0  Other Debits | 0.00 | | |
| Monthly Service Charge | 0.00 | | |
| **Ending  Balance** | **13.08+** | | |



## Rewards Builder Points Program
Points Earning Period: November 26, 2006    Thru December 25, 2006
*Your earned points are valid for 60 months*

**Debit Card Number :**   XXXXXXXXXX325493

| | |
|---|---|
| **Beginning Balance** | **0+** |
| Points Earned | 0+ |
| Bonus Points Awarded | 0+ |
| Points Adjusted | 0+ |
| Points Redeemed | 0+ |
| Points Expired | 0+ |
| **Ending  Balance** | **0+** |

*Start the new year earning big points on Rewards Builder.*

> **Go to scorecardrewards.com for daily point balance, program information, gift & travel benefit reward options, and online point redemption.  Gift & travel redemption options begin at just 2000 points.  For ScoreCard customer service, call 1.800.854.0790 Monday-Friday, 9:00 a.m. - 7:00 p.m. Eastern time.**

Direct Customer Inquiry Calls To
IRONSTONE DIRECT
Telephone Banking At 1-866-423-4732

Case 1:18-cv-09740-DAB-FPG    Document 1    Filed 03/29/18    Page 35 of 44

It's a new year and it's looking great! So start off with a great decision. Like signing up for Personal Online Banking Bill Pay through IronStone Bank. Paying bills online is faster, easier and more convenient. Log onto ironstonebank.com to learn more about Personal Online Banking Bill Pay and how it can simplify your life today. Member FDIC.

Get added value with IronStone credit cards. No annual fee, exceptional loyalty program, 1.5% rebate up to $200 on balance transfers, and a special offer for all new credit card customers. Visit ironstonebank.com, call 1.866. IB DIRECT or stop in any of our IronStone offices today.  Member FDIC. Subject to bank approval.

---

**The italicized language below has been added to the Regulation E Disclosures in our Deposit Account Agreement:**

**Under "Services Available"**

*ELECTRONIC CHECK CONVERSION - You (the accountholder) may authorize a merchant or other payee to make a one-time electronic payment from your checking account using information from your check to pay for purchases or to pay bills.*

**Under "Your Liability for Unauthorized Transfers"**

- Please tell us AT ONCE if you believe your card or your PIN has been lost or stolen, *or if you believe that an electronic fund transfer has been made without your permission using information from your check.*

- Also, if your statement shows transfers that you did not make, *including those made by card, PIN or other means,* tell us at once.

- If you believe your card or PIN has been lost or stolen or that someone has transferred or may transfer money from your account without your permission, *including a transfer made using the information from your check without your permission,* call us...

10/22/2014 12:54 FAX

*ATTN: Jessica*

*PAGE 9 OF 14*

```
                    ************************
                    ***   TX REPORT   ***
                    ************************

        TRANSMISSION OK

        TX/RX NO              0719
        DESTINATION TEL #     19165583160
        DESTINATION ID
        ST. TIME             10/22 12:51
        TIME USE             02'22
        PAGES SENT           6
        RESULT               OK
```

*SENT TO Gov. Brown 10/22/2014*

About - Urban Water Institute, Inc. Urban Water Institute, Inc.                    Page 4 of 8

defstath1@gmail.com

**Michael Engelbrecht**
Senior Vice President
Wells Fargo
707 Wilshire Boulevard ~ 17th Floor
Los Angeles, CA 90017
Phone 213/614-4475  Fax 213/614-2720
michael.j.engelbrecht@wellsfargo.com

*URBAN Water Institute FRAUD*

*ALSO: Michael ENGELBRECHT "Director" Wells Fargo*
*333 South Grand Ave*
*Los Angeles, CA 90071*

*213-253-7219*
*213-253-7298*

*MICHAEL ENGELBRECHT IS A FRAUD*

On motion by Director Portwood, seconded by Director McCarthy, the Board authorized payment of the Accounts Payable as listed on the March 11, 2015 Disbursement List for Semitropic Water Storage District and Semitropic Improvement District. A copy of the Disbursement List presenting the payments that were approved is attached hereto as "Exhibit A."

**Wells Fargo 2015 Bond Recap**

Michael Engelbrecht, of Wells Fargo Securities, presented a summary of the 2015 Bond Sale. One month ago, Mr. Engelbrecht addressed the Board seeking authorization for the 2015 Second Lien Revenue Bonds. Standard and Poor's rating changed from a previous AA- to an A. Bids were solicited from two bond insurance companies and Assured Guaranteed submitted a bid for a bond insurance policy of 10.2 basis points. The interest rate was locked in at 3.67% on a 30-year amortization and a portion of the 2009 bonds were refunded which resulted in debt savings of almost $400,000 for the District.

Today the transaction was closed and the money was transferred into Semitropic's account. Again, Mr. Engelbrecht and Wells Fargo led the District to a successful Bond Sale for which the Board was appreciative. Mr. Engelbrecht left the meeting at the conclusion of the presentation.

*Indiana Bank Fraud* [handwritten]

*ENGELBRECHT ID THEFT* [handwritten top]
*ATTN: Sgt BLEEKER* [handwritten]
*FRAUD* [handwritten]
*FDIC 4 of 4* [handwritten]

About 393,000 results (0.34 seconds)

## Search Results

 **1. Bryan *Engelbrecht* | LinkedIn**

www.linkedin.com/pub/bryan-engelbrecht/5/913/93a   *HEALTHCARE* [handwritten]

Indianapolis, Indiana Area - Vice President, Healthcare Commercial Banking at Fifth Third Bank

View Bryan *Engelbrecht's* professional profile on LinkedIn. LinkedIn is the ... *Engelbrecht*. Vice President, Healthcare Commercial *Banking* at Fifth Third *Bank*.

 **2. Shannon *Engelbrecht* | LinkedIn**

www.linkedin.com/pub/shannon-engelbrecht/29/15/7b6

Indianapolis, Indiana Area - Fifth Third Bank, Treasury Management Consultant

View Shannon *Engelbrecht's* professional profile on LinkedIn. LinkedIn is the world's largest ... *Engelbrecht*. Fifth Third *Bank*, Treasury Management Consultant.

**3. Helmut *Engelbrecht* - South Africa | LinkedIn**

za.linkedin.com/pub/helmut-engelbrecht/57/a17/1b7

Johannesburg Area, South Africa - Head Investment Banking Africa at Standard Bank Group

View Helmut *Engelbrecht's* (South Africa) professional profile on LinkedIn. LinkedIn is ... *Engelbrecht*. Head Investment *Banking* Africa at Standard *Bank* Group.

**4. Shannon *Engelbrecht* profiles | LinkedIn**

www.linkedin.com/pub/dir/Shannon/**Engelbrecht**

View the profiles of professionals named Shannon *Engelbrecht* on LinkedIn. ... Current: Assistant Vice President, Treasury Management at Fifth Third *Bank* ...

**5. Teri *Engelbrecht* - MidFirst *Bank***

https://www.midfirst.com/Teri**Engelbrecht**/default.aspx

MidFirst Bank

*PROSECUTE KEN PAXTON! And TRUMP, PENCE & RICK PERRY.* [handwritten right margin]

*FEDERAL CASES - ILLEGALLY DISMISSED* [handwritten]

*JUNE 14, 2017 — FILED U.S. DISTRICT COURT OF CALIFORNIA* [handwritten]
*NO: 2:17-CV-01229* [handwritten]
*2:17-CV-01230* [handwritten]
*2:17-CV-01231* [handwritten]

*FRAUD*

```
NEXT-FUNC:              KEY:
KIPS  TXBINQUS              UNSECURED SUPPLEMENTAL
Bill No 12 9305145 00 6    Roll 1 Year 12 Tra 084 002 Lien D
File No 09 7136670 001 0   Corr No        Corr Code
ATN   260 107 01 00 7   Event 10/05/12 Bl'd 06/17/13 Cncl 06/
Name BELLA VISTA REAL EST HOLDINGS                Bill R
C/O                                               Bad C
Addr 7850 WHITE LN #E PMB 289                     Bnkrp
     BAKERSFIELD CA 93309          Acres      PR   0
Desc 260-107-01-00-7 TAX 11/01/12 THROUGH 11/01/12
3504 IDAHO TL  FRAZIER PARK


1st PD       B#      2nd PD      B#      EX H  Pr
ROL          LN File            Taxes         Pen&Cost Pnlt
Net AV       -58,379 1st
Gen          0.00 Both when first is delinquent
Spc          0.00 2nd      .00            .00
PTP          BTH

PF1=HLP 2=MNU 3=RTN 4=SWITCH 5=ADR  6=PMT 7=BWD 8=FWD 9=RAT
PF12=PROP 13=NEW 14=ROLL 15=BILL NDX 16=BATCH PRT 17=ONLINE
PF22=PRTSCR 23=TE NEXT BILL# 24=TE PREV BILL#
```

MY WATER ACCT #459

LAND OWNERSHIP UNDER BELLA VISTA REAL ESTATE Holdings

my EX -
John STEARLE
HE HAS NO IDEA
OF THIS FRAUD

**GERALD F. STEARLE**
**OR MARY J. STEARLE**
TDL 09494345
8906 VIKING DR.
AUSTIN, TX 78758-6632

DATE _____ 19___

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

**Frost National Bank**
Austin, Texas 78761

| CASH | CURRENCY | |
|---|---|---|
| | COIN | |
| CHECKS | | |
| | | |
| | | |
| | | |
| TOTAL FROM OTHER SIDE | | |
| TOTAL | | |
| LESS CASH | | |
| NET DEPOSIT | | |

FED ID
88-470/1149

FOUND IN MY HOUSE!

Acct/ Routing 114904704
37 1770756 20

*FRAUD*

# Bank of America.

BANK OF AMERICA, N.A. (THE "BANK")

**Customer Request for Payoff and Termination of Equity or TaxSmart CreditLine℠ Account**

Customer(s) Name(s) **TONYA ENGELBRECHT** _____ ("C

_FRAUD_

Account Number ___ **6871 1022 988399** _____ ("Account")

_2ND MORTGAGE_

To: **BANK OF AMERICA, N.A.** _____ (the "Bank")

Customer requests that the Bank close and block the Account from further usage (immediately) and terminate upon receipt of payoff.

Customer understands and agrees to the following:

1. The payoff amount stated below (the "Payoff Balance") is subject to change, due to interest accruals, subsequent advances, payments, insurance or fees on the Account. The Payoff Balance **must** be confirmed on or as of the date full payoff is to be made (Monday through Friday only, excluding holidays) and any payment must be received by the Bank on the same day prior to 2:00 p.m.

2. To have the Account documents marked paid and satisfied in full and returned to Customer or the Attorney/Agent at the address listed below, Customer must complete the information set forth below, make full payment of the Payoff Balance and obtain a receipt of payment from a Bank associate.

3. If payment is in an amount less than the full Payoff Balance including without limitation all principal, interest, insurance and fees outstanding thereunder, the Bank shall have no obligation to cancel any security instrument securing the Account until repayment in full is actually received.

4. Acceptance of a payment marked "payment in full", "payoff" or other similar designation will not be deemed payment in full unless the Account is completely paid and Customer has requested the Account be terminated. Customer continues to be liable for any amount that remains due and owing after payment from any source is received on the Account.

5. Receipt of payment without this Request accompanying the payment may result in the payment being treated as a regular payment on the Account and not as a request to terminate the Account.

6. Any items, checks or debits submitted for payment after the Account has been terminated will be returned unpaid to the sender.

## Collateral Documents/Satisfaction of Lien should be sent to:

☐ Customer

☐ Attorney/Agent (Name) _____

☐ Bank Associate (Name) _____

_____
Address (If Bank Associate, list Mail Code, Associate Number and Cost Center)

_____
City, State, Zip Code

Telephone Number ( _____ ) _____     Fax Number ( _____ ) _____

_____          _____
**Customer Signature**                      Date

_____          _____
**Customer Signature**                      Date

00-05-9092M  11-2006   NTX

*ATTN: CA ATTY GENERAL*

March 15, 2018

Ernst A. Conant
1800 30th Street
Fourth Floor
Bakersfield, CA 93301

*FDIC*

*REF SCC2014F - 001172-0*

RE: FRAZIER PARK PUBLIC UTILITY DISTRICT FRAUD!

*FEDERAL FINANCIAL CRIMES*

Ernst,

You never responded to my request for information on WHAT HAPPENED TO THE OLD WATER
TRUCKS AND EXEMPT PLATES? Why does my water account show records dating back to 2005? I
did not live in California at that time. You also did not respond to my request regarding Michael
Engelbrecht, Wells Fargo Securities, who "secured" $400,000, for Semitropic Water Storage. Wells
Fargo has no record of him. Since you are the legal representative for Semitropic, I asked you confirm
Michael Engelbrecht's identity and provide me a FEDERAL ID number as Wells Fargo has no record of
him. Engelbrecht ID theft is excessive.

As for my "land ownership" being under Bella Vista Real Estate, this is a HUGE problem. I was billed
$100 for the "transfer". I refuse to pay $100. Back in 2012, when my "ownership" was FRAUDULENTLY
placed under Bella Vista Real Estate Holdings, the fee was $40. I have signed no papers and Kern
County Tax Assessor doesn't seem to know anything about "landowner transfer" documents. That's
convenient. Where do I get the land ownership documents?

My current bill shows 0 water usage yet has increased AGAIN! I am not paying fees that I do not owe,
including late fees. I also refuse to pay for water I do not use. The readings are ALWAYS IN WHOLE
NUMBERS, very convenient for fraud. The readings need to reflect 'accurate' digits. Also, there is now a
space between my name and my address. More fraud? This line spacing happened AFTER bringing the
FRAUDULENT ACCOUNT to Jonnie's attention. If you lock off my water, I will be forced to file a lawsuit.
I want to see financial records (good luck on that), and I need to view/sign the "ownership transfer"
documents before we can even begin to resolve this problem.

The entire community is fed up with FPPUD. Jonnie just bought a new copier, the old one was fine. Why
is Jonnie purchasing trucks and equipment that WE don't need? Frazier Park residents are against the
merger. Who cares? The Board does as it pleases, stating, "Move that we not count them" (the votes)
and create a database "in case people have questions". You are aware of fraud. Do you condone it?

Tonya Engelbrecht
P.O. Box 2003
Frazier Park, CA 93225



*REAL ESTATE FRAUD*

| | Result | Type (choose to filter) |
|---|---|---|

**1405 S. Cypress Drive**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Cook County Sheriff — Sale

**5127 S. Laflin Street**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Judicial Sales Corp and Carlos E Brown — Sale

**5636 W. 88th Street**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Navvarro and Intercounty Judicial Sales Corp — Sale

**601 E. 32nd Street, Unit: 310**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Luck and Intercounty Judicial Sales Corp — Sale

**937 Purdue Lane**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Intercounty Judicial Sales Corp and Moore — Sale

**5115 S. Drexel Avenue**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Hyde and Intercounty Judicial Sales Corp — Sale

**6006 W. 29th Street**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Leonard and Intercounty Judicial Sales Corp — Sale

**14832 Ellis Avenue**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Brisker and Intercounty Judicial Sales Corp — Sale

**6350 S. Narragansett Avenue**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Anastasia K Tzamouranis — Sale

**11737 S. Sacramento Drive**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Michael Bunting, April L Bunting (**Trustee**), Chicago Title & Trust Co and Cook County Sheriff — Sale

**6118 N. Sheridan Road, Unit: 204**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Annette R Schroeder — Sale

**5126 S. Aberdeen Street, Unit: 2**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Judicial Sales Corp and Regina Adams — Sale

**17710 Sarah Court**
**Buyer:Lasalle Natl Bk (Trustee)**
**Seller:**Sidney M Horton, Judicial Sales Corp and Sidney Hendrix — Sale



| DATE * | INVOICE NO. | GROSS AMOUNT | DEDUCTION | DESCRIPTION | DATE | NET AMOUNT |
|--------|-------------|--------------|-----------|-------------|------|------------|
| 090110* | 90110 | 75000.00 | | APPL FEE-IISD | CH31090110 | 75000.00 |

81050533

*Application fee?*

*Catherine Engelbrecht*
*TX Tea Party Leader Connected*

DAVID          MORGAN          ( IPHQ--Accounting-tx office          )

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**INTEPLAST GROUP, LTD.**
9 PEACH TREE HILL ROAD, LIVINGSTON, NJ 07039

BANK OF AMERICA
COMMERCIAL DISBURSEMENT ACCOUNT, NORTHBROOK, IL

70-2328-719

D11      NOT VALID AFTER 6 MONTHS

CHECK DATE    CHECK NO.
9/01/10      81050533

AMOUNT
$75,000.00

PAY      SEVENTY FIVE THOUSAND DOLLARS ONLY

TO THE
ORDER
OF

INDUSTRIAL ISD
167 FIFTH STREET
VANDERBILT, TX 77991

*Inteplast*

CHECK VOID IF AMOUNT
$75000.00
DOVER IF THAN ABOVE

⑈81050533⑈ ⑆071923284⑆ 87651⑈61184⑈

*See Other Side For Opening Instructions*

**INTEPLAST GROUP, LTD.**
9 PEACH TREE HILL ROAD
LIVINGSTON, NJ 07039

*FED ID 70-2328-719*
*& ROUTING # ARE*
*CONNECTED TO MY*
*1104 Tillery St.*
*Austin, TX*
*ADDRESS*

INDUSTRIAL ISD
167 FIFTH STREET
VANDERBILT, TX 77991

*FOUND*
*THROUGH*
*Cyber Calculator*

WLP5Z851118/728 (9006)

KEVIN McCARTHY
23RD DISTRICT, CALIFORNIA

MAJORITY WHIP

COMMITTEE ON
FINANCIAL SERVICES

2421 RAYBURN HOUSE OFFICE
BUILDING
WASHINGTON, DC 20515
(202) 225-2915

4100 EMPIRE DRIVE, SUITE 150
BAKERSFIELD, CA 93309
(661) 327-3611

www.kevinmccarthy.house.gov

FACSIMILE

## Congress of the United States
### House of Representatives
### Washington, DC 20515-0523

To:   Ms. Tonya Engelbrecht

From:   Keenan Hochschild
Staff Assistant
Congressman Kevin McCarthy





## OFFICE OF THE ATTORNEY GENERAL
### STATE OF ILLINOIS

**Lisa Madigan**
ATTORNEY GENERAL

August 27, 2012

*CASE # SHARED WITH TEXAS*

Tonya Engelbrecht
1104 Tilley Street
Austin, TX 78702

Re: Identity Theft ***
File No: 2012-CONSC-00339151

## United States Department of Justice

### United States Attorney's Office
### Central District of California



*United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

August 18, 2014

Tonya Engelbrecht
P.O. Box 1652
Studio City, CA 91604

Re: Citizen Complaint



*YEAR, AFTER YEAR, CASE "DISMISSED", "NOT OUR JURISTICTION" ! TERRORISM ENDORSED !*



**Home**  **Login**  **Sign Up**  **Companies**  **Executives**  **Contact Us**





**SEARCH NOW**

*Public Records Revealed*

**Business Card for Cindy Engelbrecht:**

**Cindy Engelbrecht**
Retail Compliance Officer

**Union Bank**
400 California St
San Francisco, CA 94104-1301
Tel: (415) 765-3434
www.unionbank.com

*Last updated on 2014-06-29*

**Opt Out or Update this Contact:**

Opt Out
Update name
Update title
Update phone
Update email
Not at this company anymore

**About Cindy Engelbrecht:**

Cindy Engelbrecht work as an Retail Compliance Officer for Union Bank at 400 California St San Francisco, CA 94104-1301 The company's webpage is http://www.unionbank.com. For email, phone number and executive profiles for Retail Compliance Officer and other executives of Union Bank at San Francisco, CA, check Union Bank at Joesdata.com. Not the Cindy Engelbrecht you are looking for? Do a quick search in our website and find other people named Cindy Engelbrecht.

**About Union Bank:**

Union Bank is located at 400 California St, San Francisco, CA 94104-1301. It has over 10K employees. Its revenue is over $1B.

**Cindy Engelbrecht's Co-workers:**

As of October 22, 2014, Cindy Engelbrecht has 99 co-workers under the company name Union Bank at Joesdata.com.

**People in the same industry:**

Derek Goff
**Director of Tax**
The Freeman Companies

Steve Olk
**Director-Tax**
ULTA

Lisa McCoy
**Director of Taxes**
Dollar Tree Stores, Inc.

John Folk
**Dir Financial Management**
Jersey City Municipal Utilities Author

Robert Barbieri
**Partner/Chief Accounting Officer**
AIS Futures Management, L.L.C.

Bradley Stern
**Chief Compliance Officer/Partner**
AIS Futures Management, L.L.C.

Per Heilmann
**EVP/Chief Risk Officer**
Heldmar Inc.

Perry Braun
**SVP/Chief Investment Officer**
Wilton Re

Jeffrey Rubin
**SVP/Dir Global Claims**
Odyssey Re Holdings Corp

Y.P. Chan
**Managing Director M&A**
L & L Energy Inc

Jo
Op

Fin
Ope
You
App
Pos

**People Directory:**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Company Directory:**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

© Copyright 2006 - 2014 Joesdata.com. All Rights Reserved
About US | Privacy | Terms Of Use | Contact US