**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONYA ENGELBRECHT,<br><br>            Plaintiff,<br><br>      v.<br><br>UNION BANK, *et al.*,<br><br>            Defendants. | Case No. 1:18-cv-00740-DAD-EPG<br><br>**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS***<br><br>(ECF No. 6) |

Plaintiff Tonya D. Engelbrecht is proceeding *pro se* in this action (ECF No. 1). On March 30, 2018, Plaintiff submitted an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915 (ECF No. 2). On April 4, 2018, Plaintiff filed a request to amend/grant IFP status (ECF No. 4). Because Plaintiff did not use the proper form and did not include all information necessary to a determination of indigence under 28 U.S.C. § 1915(a)(1), the Court denied the IFP request without prejudice and instructed Plaintiff to submit a renewed IFP application on the standard court form, with all sections completed and all requested information provided, or pay the filing fee, by the deadline previously set by the Court (ECF No. 5). On May 14, 2018, Plaintiff filed a renewed IFP application (ECF No. 6). The Court will deny the renewed IFP application without prejudice.

In her renewed IFP application, Plaintiff put a line through, thereby indicating she was striking, several key provisions of the application. Those provisions include a (1) statement that she is the plaintiff or petitioner in this case and that she is unable to pay the costs of these

proceedings, and (2) that, in support of the application, Plaintiff answers the questions in the application under penalty of perjury. These provisions, as well as all the other provisions and information requested in the IFP application, are necessary for a determination of indigence under 28 U.S.C. § 1951(a)(1).

Accordingly, IT IS ORDERD:

1.  Plaintiff's request to proceed IFP (ECF No. 6) is DENIED without prejudice.

2.  Plaintiff must submit a renewed IFP application on the standard court form, with all information completed, or pay the filing fee, within 30 days from the date of this order.

3.  If Plaintiff files a renewed IFP application, she is directed to not strike through any provision. If a provision of the IFP application is not applicable, Plaintiff should indicate this by putting "not applicable" or "n/a" in response to that provision.

4.  Plaintiff is cautioned that failure to timely file a renewed IFP application in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

5.  The Clerk of the Court is directed to provide plaintiff with a copy of the Application to Proceed In District Court Without Prepaying Fees or Costs.

IT IS SO ORDERED.

Dated:   __**June 5, 2018**__          /s/ _Ercia P. Groig_
                                   _____
                                   UNITED STATES MAGISTRATE JUDGE