1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TONYA ENGELBRECHT,                    No. 1:18-cv-00740-DAD-EPG

12                 Plaintiff,

13        v.                               ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS AND DISMISSING
14   UNION BANK, et al.,                   ACTION DUE TO PLAINTIFF'S FAILURE
                                           TO PROSECUTE AND FAILURE TO OBEY
15                 Defendants.             A COURT ORDER

16                                         (Doc. No. 11)

17

18        Plaintiff Tonya Engelbrecht, proceeding *pro se*, initiated this civil action on March 29,

19   2018.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28

20   U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On March 29, 2021, the assigned magistrate judge issued findings and recommendations

22   recommending that this action be dismissed, without prejudice, due to plaintiff's failure to

23   prosecute and failure to obey a court order.  (Doc. No. 11.)  Specifically, because plaintiff's

24   original and renewed applications to proceed *in forma pauperis* in this action were incomplete, on

25   June 5, 2018, the assigned magistrate judge ordered plaintiff to either pay the required filing fee

26   to proceed with this action or file another renewed IFP application using the proper application

27   form and providing complete information.  (Doc. No. 9.)  To date, in the three years since the date

28   /////

                                             1

of that order, plaintiff has failed to file a renewed IFP application, pay the required filing fee, or otherwise communicate with the court.

Accordingly, on March 29, 2021, the magistrate judge issued the pending findings and recommendations, which were served on plaintiff by mail at her address of record and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 11 at 3.) On April 5, 2021, the service copy of those findings and recommendations was returned to the court as "Undeliverable, No Mail Receptacle." Plaintiff was required by Local Rule 183 to file a notice of change of address with this court within sixty-three days of April 5, 2021, and he did not do so. To date, no objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on March 29, 2021 (Doc. No. 11) are adopted in full;

2.    This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to a obey court order; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 29, 2021**                                     _____
                                                                                        UNITED STATES DISTRICT JUDGE